**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                              |     |                              |
|------------------------------|-----|------------------------------|
| UNITED STATES OF AMERICA,    | )   |                              |
|                              | )   |                              |
| v.                           | )   | Criminal No. 08-231(EGS)     |
|                              | )   |                              |
| THEODORE F. STEVENS,         | )   |                              |
|                              | )   |                              |
| Defendant.                   | )   |                              |

**FILED**

APR 8 - 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the entire record in this case, and for the reasons stated in open court on April 7, 2009, it is hereby

**ORDERED** that pursuant to Federal Rule of Criminal Procedure 42, the Court appoints Attorney Henry F. Schuelke, III, to investigate and prosecute such criminal contempt proceedings as may be appropriate against William M. Welch, II, Brenda K. Morris, Nicholas A. Marsh, Edward P. Sullivan, Joseph W. Bottini, and James A. Goeke. It is further

**ORDERED** that the government shall cooperate with Mr. Schuelke, including providing him with access to investigative files, witnesses, and other information as requested.

**SO ORDERED.**

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **April 7, 2009**